**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**BENJAMIN QUINONEZ**
**REG. # 10379-023**

**DOCKET NO. 2:23-CV-00365**
**SECTION P**

**VERSUS**

**JUDGE JAMES D. CAIN, JR.**

**FELIPE MARTINEZ, JR.**

**MAGISTRATE JUDGE LEBLANC**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition be **DISMISSED** as **MOOT**.

**THUS DONE AND SIGNED** in Chambers on the 5th day of October, 2026.



**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**